UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-266-PMP (GWF) |
| ) | |
| JASON M. KILLMAN, ) | |
| ) | |
| Defendant. ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On December 15, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture (#29) pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JASON M. KILLMAN to criminal offense, forfeiting specific property alleged in the Superceding Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JASON M. KILLMAN pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on December 9, 2009, January 5, 2010, and January 12, 2010, in the Las Vegas Review-Journal/Sun, and further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. #30, #37.

The United States served all known third parties petitioners by personal service or by regular mail and certified mail return receipt requested. In addition, the United States also served the following:

      a.       Christopher John Brennan was served by regular mail on August 16, 2010; the certified mail was mailed on September 8, 2010 and signed for on September 13, 2010. #37, p. 4-7.

      b.       Louis Kilroy was personally served on May 28, 2010. #37, p. 19.

On September 9, 2010, this Court granted a Petition, Stipulation for Return of Property and Order concerning Louis Kilroy and the Glock 19, 9 caliber pistol, serial number GEM137, stating he is the legal owner of the assets. #36.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

      a)       a Glock 19, 9 caliber pistol, serial number GEM137; and

      b)       any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this ___ 13th day of October, 2010.

                                         _____
                                         UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Amended Final Order of Forfeiture on October 12, 2010 by the below identified method of service:

E-mail/ECF

Paul Riddle
Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org
*Counsel for Jason M. Killman*

   /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal